UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COTELLESSA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BETTENCOURT, et al.,<br><br>Defendants. | No. 2:23–cv–2454–DAD–KJN PS<br><br>ORDER<br><br>(ECF No. 5.) |

On February 16, 2024, the court noted that the time for service of process on defendants had passed, and ordered plaintiff to show cause why this case should not be dismissed under Rule 4(m). (ECF No. 4.) Plaintiff now requests an additional 30 days to serve defendants, indicating difficulty with locating them and stating an intent to hire a professional process server. (ECF No. 5.) Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion (ECF No. 5) is GRANTED;

2. Plaintiff shall serve process on defendants by April 5, 2024; and

3. The court's order to show cause is DISCHARGED without further comment.

Dated: March 7, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cote.2454