UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COTELLESSA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BETTENCOURT, et al.,<br><br>Defendants. | Case No. 2:23-cv-2454-DAD-CSK<br><br>ORDER REQUIRING JOINT SCHEDULING REPORT |

This action has been assigned to Magistrate Judge Chi Soo Kim because Plaintiff Angela Cotellessa proceeds without the assistance of counsel. E.D. Cal. Local Rule 302(c)(21). The undersigned will therefore manage this case up through the issuance of findings and recommendations on any motion for summary judgment. *See* 28 U.S.C. § 636(b)(1)(B). Without the consent of all parties, the trial will proceed before the assigned district judge. *See id.*

Defendants Paul Bettencourt and Chris Chavez filed an Answer to the Complaint on May 15, 2024, and there are no other defendants named in the Complaint. (*See* ECF Nos. 1, 12.) Under the initial scheduling order, the parties were required to meet and confer within thirty (30) days of the filing of the Answer, and then within seven (7) days of meeting and conferring, file a Joint Status Report for the entry of a pretrial scheduling order. (ECF No. 3 at ¶¶ 7-8.) Six weeks have passed without the filing of a Joint Status

1

Report by either party. (*See* Docket).

    Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within <u>14 days</u> of this order, the parties shall file a Joint Status Report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. In addition to the requirements of Local Rule 240(a), the parties shall also address the following in their Joint Status Report:

    a) The parties' estimated length of trial, and whether the case will be tried to a jury or to the bench.

    b) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery Statement, which should occur at a mid-point during the fact discovery time period;

    c) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

2. Should the parties be unable to confer within 14 days of this order, Defendants are directed to file a separate statement for the entry of a scheduling order;

3. A pretrial scheduling conference shall be held on Tuesday, July 23, 2024 at 10:00 a.m. in Courtroom 25.

4. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders. The parties are reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* E.D. Cal. Local Rule 160.

Dated: June 26, 2024

3, cote.2454

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2