UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COTELLESSA, | Case No. 2:23-cv-02454-DAD-CSK |
| Plaintiff, | ORDER |
| v. | (ECF No. 29) |
| PAUL BETTENCOURT, et al., | |
| Defendants. | |

Plaintiff Angela Cotellessa is proceeding in this action pro se.[1] On March 27, 2025, Plaintiff filed a motion for clarification as to the Court's 01/30/2025 Minute Order denying Plaintiff's motion to compel without prejudice for failure to comply with the Court's Local Rules. (ECF No. 29.) On January 31, 2025, the Court denied Plaintiff's January 23, 2025 motion to compel for failure to comply with the Court's requirements as set forth in Local Rule 251. (ECF No. 28.) In her motion to compel filing, Plaintiff did not establish Local Rule 251(d)'s exception to Local Rule 251(c)'s requirement of a Joint Statement re Discovery Disagreement. (*Id.*) Accordingly, the Court denied Plaintiff's motion without prejudice to properly re-filing the motion with a Joint Statement re Discovery Disagreement pursuant to Local Rule 251. (*Id.*) To the extent Plaintiff is asking

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

the Court how to raise a discovery dispute in its motion, Plaintiff is advised that the Court is unable to provide legal advice. Instead, as indicated in its 01/30/2025 Minute Order, Plaintiff is directed to review Judge Kim's Civil Standing Orders for further information on motions brought under Local Rule 251. *See* ECF No. 28. In addition, the Federal Rules of Civil Procedure are available online at www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure, and this district court's Local Rules are available at www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules. Forms are also available to help pro se litigants. They are available at the Clerk's Office, 501 I Street, 4th Floor (Rm. 4-200), Sacramento, CA 95814, or online at www.uscourts.gov/forms/pro-se-forms. Accordingly, Plaintiff's motion for clarification (ECF No. 29) is DENIED as unnecessary.

Dated:  07/01/25

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, cote2452.23

2